Law Offices of
# ROBERT L. FORKNER

Certified Criminal Law Specialist
California State Bar
BOARD OF LEGAL SPECIALIZATION

| 722 Thirteenth Street | Phone: (209) 544-0200 |
| MODESTO, CA 95354 | FAX: (209) 544-1860 |

## MEMORANDUM  *[handwritten: & Order]*

TO: COLLEEN LYNDON, COURTROOM CLERK TO HONORABLE EDWARD J. GARCIA
FROM: ROBERT L. FORKNER, ATTORNEY AT LAW
SUBJECT: USA V. JESUS ALFONSO BARRAZA BARRAZA CR-S-08-562-EJG
DATE: 4/13/2011
CC: BRENDA BARRON-HARRELL US PROBATION OFFICER

---

Please continue the judgment and sentencing in this case from April 29, 2011 to August 5, 2011 at 10:00 a.m. The continuance is needed to allot the parties enough time to resolve issues related to the defendant's role in the offense.

United States Probation Officer, Brenda Barron-Harrell, has no objections to this continuance.

Thank you for your attention in this matter. Should you have any questions please contact me at the Modesto number above.

**FILED**
APR 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IT IS SO ORDERED
4/14/11 _____