```
BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
JILL M. THOMAS
Assistant U.S. Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2731
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CR. No. S-08-0562 EJG |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER** |
| | ) | **ADVANCING SENTENCING DATE AS TO** |
| | ) | **DEFENDANT JESUS BARRAZA BARRAZA** |
| JESUS BARRAZA BARRAZA, | ) | |
| | ) | |
| Defendant. | ) | |

The sentencing of the above defendant was recently reset from April 29, 2011, to August 5, 2011. This was done via memorandum request of defense counsel, without consulting with government counsel and without any compelling reason to put it out so far. Government counsel has contacted defense counsel and come to an agreement as to a new schedule which advances the sentencing to June 3, 2011. It is as follows:

| | |
|---|---|
| Draft PSR | Already distributed |
| Informal Objections to PSR | Already sent |
| Final PSR | Already distributed |

```
   Formal Objections to PSR      Due 5/13/11
   Response Formal Objections    Due 5/20/11
   Judgment & Sentence           6/3/11 at 10:00 a.m.
```

The Probation Officer has been notified. Thus, it is requested that the sentencing date for defendant Jesus Barraza Barraza be continued to June 3, 2011, at 10:00 a.m., and that the above schedule be adopted.

Dated: May 4, 2011

                                       BENJAMIN B. WAGNER
                                       U.S. Attorney

                                       by  /s/ Richard J. Bender
                                             RICHARD J. BENDER
                                          Assistant U.S. Attorney

Dated: May 4, 2011                  /s/ Robert Forkner (by RJB)
                                             ROBERT FORKNER
                                       Attorney for Defendant

IT IS SO ORDERED,

this 9TH day of May, 2011

                                       /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       Senior, U.S. District Judge