HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JESUS ALFONZO BARRAZA BARRAZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS ALFONZO BARRAZA BARRAZA,<br><br>    Defendant. | No. Cr. S 2:08-cr-562-12 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: The Honorable WILLIAM B. SHUBB |

Defendant, JESUS ALFONZO BARRAZA BARRAZA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On June 3, 2011, this Court sentenced Mr. Barraza to a term of 151 months imprisonment, comprised of 151 months on Count 1 of the Superseding Indictment and 48 months on Count 7, to be served concurrently;

3. Mr. Barraza's total offense level was 34, his criminal history category was I, and the resulting guideline range was 151 to 188 months;

4. The sentencing range applicable to Mr. Barraza was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Barraza's total offense level has been reduced from 34 to 32, and his amended guideline range is 121 to 151 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Barraza's term of imprisonment to a term of 121 months on Count 1, to run concurrently with the 48-month sentence on Count 7. The parties agree this sentence is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated:  October 13, 2015                         Dated:   October 13, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                                Federal Defender

 /s/ *Jason Hitt*                                             /s/ *Hannah R. Labaree*
JASON HITT                                              HANNAH R. LABAREE
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA              JESUS ALFONZO BARRAZA BARRAZA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Barraza is entitled to the benefit Amendment 782, which reduces the total offense level from 34 to 32, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2011 is reduced to a term of 121 months for Count 1, to run concurrently to the 48-month term on Count 7, for a total term of 121 months imprisonment, a sentence which the court now finds to fair and reasonable pursuant to 18 U.S.C. § 3553(a) in light of the retroactively revised thinking of Congress and the Sentencing Commission.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Barraza shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  December 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE