AO 247 (Rev. 11/11)    Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:08-cr-00562-WBS   Document 463   Filed 12/16/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America )
v. )
) Case No: 2:08CR00562-12 WBS
JESUS ALFONZO BARRAZA BARRAZA )
) USM No: 18271-097

Date of Original Judgment: 6/3/2011
Date of Previous Amended Judgment:          ) Hannah Labaree, Asst. Federal Defender
*(Use Date of Last Amended Judgment if Any)*       *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of

151 months as to Count 1; | 121 months as to Count 1;
48 months as to Count 7, | 48 months as to Count 7,
to be served concurrently | to be served concurrently
for a total term of 151 months **is reduced to** for a total term of 121 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 6/14/2011 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: December 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____          William B. Shubb, U.S. District Court Judge
*(if different from order date)*                  *Printed name and title*